UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 11 '08 MJ 0079

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. |
|---|---|---|
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326; |
| Mario MENDOZA-Ledesma | ) | Deported Alien Found in the |
| AKA: MENDOZA, Mario Ledesma | ) | United States |
| | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned complainant, being duly sworn, states:

On or about, **January 10, 2008**, within the Southern District of California, defendant, **Mario MENDOZA-Ledesma** (AKA: MENDOZA, Mario Ledesma) an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gladys M. Martinez, Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **11th** DAY OF **January** 2008.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On Thursday, January 10, 2008, the defendant identified as, MENDOZA-Ledesma, Mario (MENDOZA, Mario Ledesma), was apprehended by Officers of the San Diego, California, Field Office, Immigration and Custom Enforcement, Fugitive Operations Unit, while conducting Operation Return to Sender. An Immigration Agent conducted a field interview and the defendant freely admitted that he was in the United States illegally and had no valid documents to reside or travel in the United States. The defendant was transported to the United States Immigration Customs Enforcement Field Office in San Diego, California for further investigation. Record checks revealed the defendant to be a citizen of Mexico having been deported or removed on at least one occasion.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant has been ordered removed from the United States by an Immigration Judge on or about August 28, 2007 and removed to Mexico, via the San Ysidro Port of Entry on August 28, 2007. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint Identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as, MENDOZA-Ledesma, Mario, a citizen and national of Mexico.

Based upon the foregoing information, there is probable cause to believe that the defendant has illegally re-entered the United States after deportation, in violation of Tile 8 of the United States Code 1326, Deported Alien found in the United States.