```
                                        FILED
                                      FEB - 7 2008
                                CLERK, U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA
                              BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Criminal Case No. 08CR332-DMS |
|                                      ) | |
|            Plaintiff,                ) | <u>I N F O R M A T I O N</u> |
|                                      ) | |
|     v.                               ) | Title 8, U.S.C., Sec. 1325 - |
|                                      ) | Illegal Entry (Misdemeanor); |
| MARIO MENDOZA-LEDESMA,                ) | Title 8, U.S.C., Sec. 1325 - |
|                                      ) | Illegal Entry (Felony) |
|            Defendant.                ) | |
|_____) | |

The United States Attorney charges:

Count 1

On or about ___9\1\2007___, within the Southern District of California, defendant MARIO MENDOZA-LEDESMA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

WMC:mg:San Diego
01/15/2008

<u>Count 2</u>

On or about January 10, 2008, within the Southern District of California, defendant MARIO MENDOZA-LEDESMA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: February 7, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney