AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

MARIO MENDOZA-LEDESMA

WAIVER OF INDICTMENT

CASE NUMBER: 08CR332-DMS

I, MARIO MENDOZA-LEDESMA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/7/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Mario M.L.
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER