MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.    Mario Mendoza-Ledesma            No.   08cr332-DMS

HON.    Louisa S. Porter            Tape No.    POR08-1:14:13-14:16 (1m)

Asst. U.S. Attorney    Fred Sheppard            PTSO

|  |  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|---|
| Atty | Victor M. Torres | X | Apt | __ Ret | for | Mendoza-Ledesma | (1) | (C) |
|  |  | __ | Apt | __ Ret | for | __ | ( ) | ( ) |
|  |  | __ | Apt | __ Ret | for | __ | ( ) | ( ) |
|  |  | __ | Apt | __ Ret | for | __ | ( ) | ( ) |
|  |  | __ | Apt | __ Ret | for | __ | ( ) | ( ) |
|  |  | __ | Apt | __ Ret | for | __ | ( ) | ( ) |

____ Apt for Material Witness(es)

PROCEEDINGS:    ____ In Chambers    X  In Court    ____ By Telephone

Government's oral motion to dismiss as to Mario Mendoza-Ledesma - Granted w/out prejudice. Abstract issued to USM.

Date    February 21, 2008            R. F. Messig
                                     Deputy's Initials