# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER **08cr 332 - DMS** |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. **06899298** |
| **MARIO MENDOZA-LEDESMA** ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **2/21/08** the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

**✓** Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

**✓** Other. **Defendant to remain in custody on Case # 08cr402-DMS**

LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

OR

Received _____ DUSM          by _____ Deputy Clerk

Crim-9 (Rev 6-95)                    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY